CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

SOPHIA COOPER (CABN 320373)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102-3495
    Telephone: (415) 436-6473
    FAX: (415) 436-7234
    Sophia.Cooper@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 4:25-CR-393-AMO |
|     Plaintiff, | STIPULATION TO EXCLUDE TIME FROM MARCH 9, 2026 TO JULY 13, 2026 AND [~~PROPOSED~~] ORDER |
|     v. | |
| JONATHAN CHAMORRO, et al., | |
|     Defendants. | |

It is hereby stipulated by and between counsel for the United States and counsel for defendants Jonathan Chamorro, Galo Chamorro, Jennifer Prado-Flores, Joao Chamorro, Cheny Libanez Bravo, and Cristian Mendoza-Valencia, that time be excluded under the Speedy Trial Act from March 9, 2026, through July 13, 2026.

At the status conference held on March 9, 2026, the government and counsel for the defendants agreed that time be excluded under the Speedy Trial Act so that defense counsel for the defendants could continue to prepare, including by reviewing the discovery already produced. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until July 13, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding

STIPULATION TO EXCLUDE TIME AND [~~PROPOSED~~] ORDER
4:25-CR-393-AMO

the time from March 9, 2026, through July 13, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:      March 10, 2026                              _____/s/_____
                                                        SOPHIA COOPER
                                                        Assistant United States Attorney


DATED:      March 10, 2026                              _____/s/_____
                                                        K. ALEXANDRA MCCLURE
                                                        Counsel for JONATHAN CHAMORRO

                                                        _____/s/_____
                                                        JOYCE LEAVITT
                                                        Counsel for GALO CHAMORRO

                                                        _____/s/_____
                                                        HANNAH LABAREE
                                                        Counsel for JENNIFER PRADO-FLORES

                                                        _____/s/_____
                                                        PHILIP ALLEN SCHNAYERSON
                                                        Counsel for JOAO CHAMORRO

                                                        _____/s/_____
                                                        RICHARD TAMOR
                                                        Counsel for CHENEY LIBANEZ BRAVO

                                                        _____/s/_____
                                                        MATTHEW DIRKES
                                                        Counsel for CRISTIAN MENDOZA-VALENCIA

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
4:25-CR-393-AMO

## [~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from March 9, 2026, through July 13, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from March 9, 2026, through July 13, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from March 9, 2026, through July 13, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:   3/10/2026

_____
THE HON. ARACELI MARTINEZ-OLGUIN
United States District Judge

STIPULATION TO EXCLUDE TIME AND [~~PROPOSED~~] ORDER
4:25-CR-393-AMO