CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

SOPHIA COOPER (CABN 320373)
EMILY DAHLKE (CABN 322196)
Assistant United States Attorneys

> 450 Golden Gate Avenue, Box 36055
> San Francisco, California 94102-3495
> Telephone: (415) 436-6473
> FAX: (415) 436-7234
> Sophia.Cooper@usdoj.gov
> Emily.Dahlke@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 4:25-CR-00393-AMO |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| JOHNATHAN CHAMORRO, ET AL,. | |
| Defendants. | |

The above-captioned matter is scheduled for a status conference before this Court on July 13, 2026. For the reasons outlined below, the parties respectfully request that the matter be continued from July 13, 2026, to August 31, 2026, to give them more time to discuss outstanding issues.

The parties last appeared before this Court on March 9, 2026. Dkt. 58. At that time, defense counsel raised an issue with the receipt of the numerous extractions of electronic devices. On March 26, 2026, defense counsel sent the government a list of issues relating to the digital extractions of various devices. In communication with defense counsel, the government subsequently identified thirteen devices to be reproduced. That production is scheduled for this week. The delay is a result of the voluminous amount of discovery in this case, the number of defendants, as well as the technological

STIPULATION AND [~~PROPOSED~~] ORDER
Case No. 4:25-cr-00393-AMO

challenges that come with producing a phone extraction.  To date, the government has made six productions of discovery, including the aforementioned electronic device extractions (January 9, 2026; February 17, 2026; February 18, 2026; February 19, 2026; February 24, 2026; March 16, 2026), which is voluminous.   In addition to receiving the reproduced discovery, defense counsel is requesting additional time to review the discovery already produced in this case, conduct investigation and explore and discuss potential resolution options with their clients.

Accordingly, in order to give the parties more time to discuss and work through outstanding discovery issues and possible resolution options, the parties respectfully request that the status conference set for July 13, 2026, be moved to August 31, 2026.

In addition, the parties respectfully request that time be excluded from July 13, 2026 until August 31, 2026.   Time was previously excluded until July 13, 2026.  Dkt.  60.   The government and counsel for the defendants agree that time be excluded under the Speedy Trial Act so that defense counsel for the defendants can continue to prepare, including by reviewing the discovery already produced.  For this reason, the parties stipulate and agree that excluding time from July 13, 2026 until August 31, 2026, will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from July 13, 2026, through August 31, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:  July 6, 2026

_____/s/_____
SOPHIA COOPER
EMILY DAHLKE
Assistant United States Attorneys

DATED:  July 6, 2026

_____/s/_____
K. ALEXANDRA MCCLURE
Counsel for JONATHAN CHAMORRO

STIPULATION AND [PROPOSED] ORDER
Case No. 4:25-cr-00393-AMO

_____/s/_____
JOYCE LEAVITT
Counsel for GALO CHAMORRO


_____/s/_____
HANNAH LABAREE
Counsel for JENNIFER PRADO-FLORES


_____/s/_____
LAKESHIA DORSEY
Counsel for JOAO CHAMORRO


_____/s/_____
RICHARD TAMOR
Counsel for CHENEY LIBANEZ BRAVO


_____/s/_____
MATTHEW DIRKES
Counsel for CRISTIAN MENDOZA-VALENCIA


## [~~PROPOSED~~] ORDER AS MODIFIED

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the status conference set for July 13, 2026 is hereby reset to August 31, 2026 **at 10:30 a.m.**

In addition, the Court finds that failing to exclude the time from July 13, 2026, through August 31, 2026, would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from

STIPULATION AND [~~PROPOSED~~] ORDER
Case No. 4:25-cr-00393-AMO

July 13, 2026 through August 31, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from July 13, 2026, through August 31, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:    7/7/2026

THE HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

STIPULATION AND [PROPOSED] ORDER
Case No. 4:25-cr-00393-AMO